**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HERBERT FERRELL, JR.,

    Petitioner,

v.                                        CASE NO. 8:08-CV-900-T-30EAJ
                                              CRIM. CASE NO. 8:05-CR-530-T-30EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

Pursuant to Rule 22, Fed. R. App. P.,[1] and 28 U.S.C. §2253,[2] Petitioner has filed a Request for Certificate of Appealability of this Court's decision denying his motion for relief under 28 U.S.C. § 2255 (CV Dkt. 8). Petitioner has also filed a motion for leave to proceed on appeal *in forma pauperis* (CV Dkt. 9).

The Court denied Petitioner's claims on the merits (CV Dkt. 5). While issuance of a COA does not require a showing that the appeal will succeed, *see Miller-El v. Cockrell*, 537 U.S. 322, 336-37 (2003), under the controlling standard, a petitioner must demonstrate that reasonable jurists would find the Court's assessment of the petitioner's constitutional

---

[1] "Certificate of Appealability. (1) In a . . . 28 U.S.C. §§ 2255 proceeding, the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. §§ 2253(c)." Rule 22, Fed. R. App. P.

[2] "[I]n . . . a proceeding under section 2255 . . , the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held. . . . (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from -- . . .(B) the final order in a proceeding under section 2255. . . . (2) A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

claims debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001). Petitioner has failed to make this threshold showing. *See Slack*, 529 U.S. at 485.

ACCORDINGLY, the Court **ORDERS** that:

1. Petitioner's Request for Certificate of Appealability (CV Dkt. 8) is **DENIED**.

2. Petitioner's Motion to Proceed In Forma Pauperis on Appeal (CV Dkt. 9) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on November 13, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copies furnished to:
Petitioner pro se
Counsel of Record