**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HERBERT FERRELL, JR.,**

    **Plaintiff,**

**v.**                                                                          **Case No. 8:08-cv-900-T-30EAJ**

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Petitioner's Motion for Review and Reconsideration (Dkt. 33) and Petitioner's Supplement to his Motion for Reconsideration (Dkt. 38). The Court, having reviewed Petitioner's motion and supplement, and being otherwise advised in the premises, concludes that Petitioner's motion should be denied.

Petitioner does not raise any new issues that justify the Court to modify its Order denying Petitioner's 2255 motion on the issue of whether Petitioner received ineffective assistance of counsel under *Strickland v. Washington*, 466 U.S. 668 (1984), in connection with the district court's response to the jury's inquiry regarding drug quantity. The record is clear that the Court's statement to the jury to rely on their collective memory was a correct statement of law and any objection from Petitioner's counsel to the Court's statement would have lacked merit. Simply put, Petitioner's counsel was not deficient with respect to this issue. Moreover, Petitioner fails to demonstrate that there was a *reasonable probability* that,

but for his counsel's alleged unprofessional errors, the result of the proceeding would have been different.

It is therefore ORDERED AND ADJUDGED that Petitioner's Motion for Review and Reconsideration (Dkt. 33) is hereby DENIED to the extent that the Court has considered Petitioner's motion and supplement and concludes that the Order denying Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 (Dkt. 29) should not be modified in any way.

**DONE** and **ORDERED** in Tampa, Florida on May 13, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-900.mtreconsideration.frm